UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLE OF CALIFORNIA,<br><br>        Defendant. | No. 2:23-cv-02715-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE *IN FORMA PAUPERIS* APPLICATION |

      Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the complaint's filing.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of the application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period

immediately preceding the filing of the complaint;

    2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   November 28, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE